UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80109-CIV-HURLEY/HOPKINS

JAMES G. GILL,

    Plaintiff,

v.

GRAHAM, NOBLE & ASSOCIATES, LLC,

    Defendant.

_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the court following the court's order granting the plaintiff's motion for default judgment [DE # 13]. Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

**FINAL DEFAULT JUDGMENT** is entered in favor of the plaintiff, James G. Gill, and against the defendant, Graham, Noble & Associates, LLC, in the amount of $2,000.00 (two thousand dollars and zero cents), together with post-judgment intereset at the rate of 2.12%, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28 day of August, 2008.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record and all pro se parties*